UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN MANUEL POWELL, | No.  2:23-cv-00946-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SARADETH, et al., | |
| Defendants. | (Doc. No. 18) |

Plaintiff Darian Manuel Powell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's second amended complaint (Doc. No. 17) solely as to his Eighth Amendment claims brought against defendants Terrazas, Fajardo, Truong, Saradeth, Cervantes, and Moua, and that his remaining claims asserted against the four Doe defendants should be dismissed without leave to amend.  (Doc. No. 18 at 2–6.)  Specifically, the magistrate judge found that plaintiff's allegations against Doe defendants 2 and 3—that those defendants provided plaintiff with an orange that possibly broke his tooth when he bit into it—were too vague to state a cognizable claim for relief and did not allege that those defendants had caused plaintiff's jaw pain or tooth injury.  (*Id.* at 3–4.)  The magistrate judge

1

further found that plaintiff's allegation that Doe defendant 1 dispersed pepper spray into his cell vents was insufficient to state a cognizable Eighth Amendment claim because plaintiff had not alleged that this act was done maliciously or sadistically. (*Id.* at 4.) Finally, the magistrate judge found that plaintiff's allegation that Doe defendant 4 threatened him was insufficient to state a cognizable Eighth Amendment claim because a threat does not rise to the level of a constitutional violation. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no parties have filed objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above,

1.    The findings and recommendations issued on September 19, 2025 (Doc. No. 18) are ADOPTED in full;

2.    This action proceeds on the cognizable claims identified in the assigned magistrate judge's findings and recommendations (Doc. No. 18 at 6);

3.    All other claims and defendants are DISMISSED; and

4.    This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2